# 10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| Zubair Kazi; KFC of Pueblo, Inc., Plaintiffs - Appellees, v. KFC US, LLC, Defendant - Appellant. | Case No. 22-1017 |

**INSTRUCTIONS**: WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

_____KFC US, LLC_____
[Party or Parties]

_____Appellant_____, in the subject case(s).
[Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

X    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

There are no such parties, or any such parties have already been disclosed to the court.

| | |
|---|---|
|   Daniel J. Weiss |   Clifford Berlow |
| Name of Counsel | Name of Counsel |
|  /s/ *Daniel J. Weiss* | /s/ *Clifford Berlow* |
| Signature of Counsel | Signature of Counsel |
|   Jenner & Block LLP | Jenner & Block LLP |
|   353 N. Clark Street, Chicago, IL 60654 | 353 N. Clark Street, Chicago, IL 60654 |
|   312-923-4517 | 312-840-7366 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
|  dweiss@jenner.com | cberlow@jenner.com |
| E-Mail Address | E-Mail Address |

   Daniel W. Bobier
Name of Counsel

  /s/ Daniel W. Bobier
Signature of Counsel

  Jenner & Block LLP
  353 N. Clark Street, Chicago, IL 60654
  312-840-7299
Mailing Address and Telephone Number

 dbobier@jenner.com
E-Mail Address

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on February 4, 2022 via ECF to:

Bruce Rohde
William C. Brittan
Margaret Pflueger
Campbell Killin Brittan & Ray LLC
270 Saint Paul St.
Suite 200
Denver, CO 80206
brohde@ckbrlaw.com
bbrittan@ckbrlaw.com
mpflueger@ckbrlaw.com

(*See* Fed. R. App. P. 25(b))        */s/ Daniel J. Weiss*
                                                         Daniel J. Weiss
                                                         Dated: February 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Zubair Kazi; KFC of Pueblo, Inc.,<br>Plaintiffs - Appellees,<br><br>v.<br><br>KFC US, LLC,<br>Defendant - Appellant. | Case No. 22-1017 |

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

1. Yum! Brands, Inc.– (KFC US, LLC is an indirect subsidiary of Yum! Brands, Inc.)